# United States District Court
## for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

Plaintiff

vs.

**JAMES F. SODANO, SR.**

Defendant

_____

:
:
:       Crim. No. 12-784
:
:       Order of Reallocation and
:       Reassignment
:
:
:
:

It is on this 10th day of December 2012,

O R D E R E D that the entitled action is reallocated from Newark to Trenton

and reassigned from Judge Esther Salas to Judge Peter G. Sheridan.


_____S/Jerome B. Simandle_____
Jerome B. Simandle, Chief Judge
United States District Court